CHARLOTTE AINLEY *vs.* EMMETT AINLEY.

FEBRUARY 14, 1908.

PRESENT: Douglas, C. J., Dubois, Blodgett, Johnson, and Parkhurst, JJ.

(1)   *Bill of Exceptions lies only after Verdict or Decision on Merits of the Case.*

A bill of exceptions will not lie upon the overruling of a demurrer to a declaration where there are still issues left to be determined by the pleadings.

PER CURIAM.   This bill of exceptions is prematurely brought. There has been no final decision of the case by the Superior Court. After demurrer to the declaration was overruled the issues were left upon the defendant's pleas to the counts in covenant and the plaintiff's replications thereto. There are also issues of fact raised by the pleadings upon the counts in assumpsit. These issues must be determined before there is a verdict or decision on the merits of the case upon which, or

upon the decision of a motion for a new trial, a bill of exceptions lies to this court. C. & P. A., §§ 490, 497; *McDonald* v. *Providence Tel. Co.*, 27 R. I. 595.

Bill of exceptions dismissed without prejudice, and case remitted to Superior Court for further proceedings.

*James E. Smith and Irving Champlin*, for plaintiff.
*Louis L. Angell*, for defendant.